

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/06/2019

IN RE: §
ISAAC JOHN DE LA CERDA; dba WORLD § CASE NO: 17-32571
IS YOURS ENTERTAINMENT, LLC §
    Debtor(s) §
 § CHAPTER 13

## ORDER APPROVING CHAPTER 13 PLAN MODIFICATION AND VALUING COLLATERAL PURSUANT TO 11 U.S.C. § 506

1. The Court has considered the Debtor(s)' chapter 13 plan modification that was proposed on 07/11/2019.

2. All objections to the plan modification have been withdrawn or overruled.

3. The Court has determined that the plan modification meets all of the requirements of §1329 of the Bankruptcy Code.

4. Notwithstanding any estimate of the amount of a general or priority unsecured claim contained in the plan modification or in an order of the Court, the actual amount payable on priority claims will be the Allowed Amount of the priority claim and the actual proration for distribution on general unsecured claims will be based on actual Allowed Amounts of general unsecured claims.

5. In addition to the monthly payments called for under the plan modification, the Debtor(s) shall contribute all non−exempt proceeds from the cause(s) or potential cause(s) of action described on Schedule B into the amended Chapter 13 plan for distribution to the unsecured creditors.

6. If any proof of claim is filed that results in less than a 100% payment to holders of general unsecured claims, the Debtor(s) shall, within 14 days of the later of the claims bar date or the date such proof of claim is filed, (i) modify the plan to provide for a 100% payment to holders of general unsecured claims; or (ii) file an objection to any proof of claim that the Debtor(s) believes is improper under 11 U.S.C. § 502 or other applicable law.  If the resolution of any such objection results in less than a 100% payment to holders of general unsecured claims, the Debtor(s) shall, within 14 days of such resolution, modify the plan to provide for a 100% payment to holders of general unsecured claims.

7. The value of the collateral for secured claims is in the amount set forth in the plan modification.

8. The plan modification is approved.

SIGNED: 08/06/2019.

_____
Jeffrey P. Norman
United States Bankruptcy Judge